HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NOUMADY SISSOKO,<br><br>Plaintiff,<br><br>vs.<br>AMERICAN SEAFOODS COMPANY, LLC and AMERICAN DYNASTY, LLC, in personam; the F/T AMERICAN DYNASTY, Official Number 951307, her engines, machinery, appurtenances and cargo, in rem;<br><br>Defendants | Case No.: C08-1091RSM<br><br>AT LAW AND IN ADMIRALTY<br><br>**STIPULATED MOTION AND ORDER FOR A ONE MONTH EXTENSION OF THE DEADLINE FOR REPORTS FROM EXPERT WITNESSES** |

## **STIPULATION**

Come no the parties, by and through their respective counsel of record, to stipulate as follows:

The deadline for reports from expert witnesses was January 7, 2009. The parties need to depose certain vessel personnel before either party knows whether experts will even be required for this case. Scheduling difficulty is presented by shipboard employment. The parties are cooperating in scheduling the depositions in question as

STIPULATED MOTION FOR A ONE MONTH EXTENSION OF THE
DEADLINE FOR REPORTS FROM EXPERT WITNESSES
CASE NO. C08-1091

John W. Merriam
4005 20th Avenue West, Suite 110
Seattle, Washington 98199

1

quickly as possible. Both parties pray that the Court extend the deadline for expert witnesses reports to the present deadline for discovery motions, February 6, 2009. No other extensions are requested and the remaining deadlines can remain the same.

Respectfully submitted this 13th day of January 2009.

| LAW OFFICE OF JOHN MERRIAM | LE GROS BUCHANAN & PAUL |
|---|---|
| By:    s./J. Merriam<br>John Merriam, WSBA#12749<br>Attorney for Plaintiff<br>4005 20th Avenue West, Suite 110<br>Seattle, WA 98199<br>Telephone: (206) 729-5252<br>Fax: (206) 729-1012<br>E-mail: john@merriam-maritimelaw.com | By:    s/E. McVittie<br>ERIC MCVITTIE, WSBA#20538<br>Attorneys for Defendants<br>701 Fifth Avenue, Suite 2500<br>Seattle, WA 98104-7051<br>Telephone: (206) 623-4990<br>Fax: (206) 467-4828<br>E-mail: emcvittie@legros.com |

## ORDER

Based upon the foregoing stipulation of counsel, the deadline for reports from expert witnesses is extended to February 6, 2009. All other deadlines shall remain the same.

Done this 15th day of January, 2009.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| LAW OFFICE OF JOHN MERRIAM | LE GROS BUCHANAN & PAUL |
| By:    s./J. Merriam<br>John Merriam, WSBA#12749<br>Attorney for Plaintiff<br>4005 20th Avenue West, Suite 110<br>Seattle, WA 98199<br>Telephone: (206) 729-5252<br>Fax: (206) 729-1012<br>E-mail: john@merriam-maritimelaw.com | By:    s/E. McVittie<br>ERIC MCVITTIE, WSBA#20538<br>Attorneys for Defendants<br>701 Fifth Avenue, Suite 2500<br>Seattle, WA 98104-7051<br>Telephone: (206) 623-4990<br>Fax: (206) 467-4828<br>E-mail: emcvittie@legros.com |